NO. 07-05-0364-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 24, 2006

______________________________

GEORGE S. MANNING, M.D., APPELLANT

V.

LUIS ORNELAS, APPELLEE

_________________________________

FROM THE 286
TH
 DISTRICT COURT OF COCHRAN COUNTY;

NO. 03-08-3824; HONORABLE HAROLD PHELAN, JUDGE

_______________________________

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

MEMORANDUM OPINION

George S. Manning, M.D., appellant, has filed a motion to dismiss this appeal because he no longer wishes to pursue it based on the full and final satisfaction and release of the trial court’s judgment. 
 
No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  
Tex. R. App. P.
 42.1(a)(1).   No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock

         Justice